IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERNRN DIVISION

| | |
|---|---|
| Irene C. Jacobs, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-0434-CV-W-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney's Fees Under The Equal Access to Justice Act,* filed October 7, 2014 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Attorney's Fees Under The Equal Access to Justice Act,* filed October 7, 2014 [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $6,500.00 and costs of $350.00.

                                                                        */s/ John T. Maughmer*
                                                                        **John T. Maughmer**
                                                         **United States Magistrate Judge**